```
EMMA RUCKER HICKS              REGIONAL FINANCE
2405 HARRIOTTE AVE             979 BATESVILLE RD
JACKSON, MS 39209              GREER, SC 29651


THOMAS C. ROLLINS, JR.         REPUBLIC FINANCE LLC
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 7031COMMERCE CIRCLE
JACKSON, MS 39236              BATON ROUGE, LA 70809


BARCLAYS BANK DELAWARE         SANTANDER BANK
ATTN: BANKRUPTCY               P.O. BOX 961211
PO BOX 8801                    FORT WORTH, TX 76161
WILMINGTON, DE 19899


CAPITAL ONE                    SYNCHRONY BANK
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 30285                 PO BOX 965060
SALT LAKE CITY, UT 84130       ORLANDO, FL 32896


CITIBANK                       TOWER LOAN
P.O.BOX 790046                 ATTN: BANKRUPTCY
ST. LOUIS, MO 63179            PO BOX 320001
                               FLOWOOD, MS 39232


COVINGTON CREDIT               TRUIST FINANCIAL
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 1947                    214 NORTH TRYON STREET
GREENVILLE, SC 29602           CHARLOTTE, NC 28202


FIRST HERITAGE
325 HWY 80 E
CLINTON, MS 39056


JARRED J. GUISE
2405 HARRIOTTE AVE
JACKSON, MS 39209


MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236
```